**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERT AUGIE RAMIREZ<br>Plaintiffs<br>v.<br>JUSTICE COURT, LOUGHLIN; KAREN POWELL; TIM ATKINS,<br>Defendants | Case No.: 2:26-cv-01651-APG-EJY<br>**Order Extending Service Deadline** |

A summons and a copy of the complaint must be served on each defendant. On August 31, 2026, Albert Ramirez was advised by the court that this action would be dismissed without prejudice unless by September 30, 2026 he filed proof of proper service upon the defendants or showed good cause why service was not timely made. ECF No. 5. On September 22, 2026, Ramirez filed an Affidavit of Service showing a complaint (but not a summons) was served on Letty Bonilla, who is not a party to this case. ECF No. 6. No summonses have been issued, so none of the defendants has been properly served.

Federal Rule of Civil Procedure 4(b) says the plaintiff may present summonses to the court for issuance. Rule 4 also explains how the summonses must be served, and by whom. Because Ramirez is representing himself, I will give him more time and another chance to properly serve the defendants.

I THEREFORE ORDER that Albert Ramirez has until November 2, 2026 to properly serve a summons and copy of the complaint on each defendant. By November 6, 2026, Ramirez must file proof of proper service upon each defendant or show good cause why service was not

timely made. The failure to comply with this order will result in dismissal of this case without prejudice.

DATED this 2nd day of October, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE